Claude Manookian, Esq. (SBN 243261)
cmm@manookianlaw.com
Katrina B. Manookian, Esq. (SBN 231029)
kbm@manookianlaw.com
Artin Boughouzian, Esq. (SBN 333991)
ab@manookianlaw.com
**MANOOKIAN LAW, APLC**
500 N. Brand Boulevard, Suite 1125
Glendale, California 91203
Telephone: (818) 392-4272
Facsimile: (818) 484-2192
firm@manookianlaw.com

JS-6

Attorneys for Plaintiff
**HAIK BOKHCHALIAN**

Mark W. Skanes (SBN 322072)
mskanes@rosewaldorf.com
Ryan Chang (SBN 334643)
rchang@rosewaldorf.com
**ROSEWALDORF LLP**
4100 W. Alameda Ave
Suite 300 PMB 1038
Burbank, California 91505
Telephone: (518) 869-9200
Facsimile: (518) 869-3334
Email: calimail@rosewaldorf.com

Attorneys for Defendant
**BMW OF NORTH AMERICA, LLC**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAIK BOKHCHALIAN, an individual, <br><br> Plaintiff, <br><br> v. <br><br> BMW of North America, LLC, a Delaware Limited Liability Company; and DOES 1 through 10, inclusive, <br><br> Defendants. | **Case No.: 2:25-cv-08936-SVW-AJR** <br><br> *Assigned to Hon. Stephen V. Wilson* <br><br> ~~**[PROPOSED]**~~ **ORDER** |

-1-

2:25-cv-08936-SVW-AJR

~~[PROPOSED]~~ ORDER

Pursuant to the Stipulation of the parties under the Federal Rules of Civil Procedure Rule 41(a)(1)(ii), and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice.

Dated: April 23, 2026

By: _____
Stephen V. Wilson
US District Judge

MANOOKIAN
LAW A PROFESSIONAL LAW CORPORATION

-2-                                        2:25-cv-08936-SVW-AJR

[PROPOSED] ORDER